UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MALCOLM PIKE,

                            Plaintiff,         **ORDER**
                                                        CV 05-5330 (JS)(ARL)

     -against-

T. WILLIAM ANDERSON ASSOCIATES, INC.,

                            Defendant.
---------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the court are the plaintiff's motion to amend the complaint and motion for class certification, on referral from District Judge Seybert. A review of the docket sheet indicates that the clerk of the court has designated this case for compulsory arbitration and that a hearing has been set for June 19, 2006. Accordingly, in order to satisfy the goals of the compulsory arbitration program, the undersigned will defer decision on the motion for class certification until after the arbitration is concluded. The court will, however, act on the motion to amend the complaint. The defendant is directed to submit its papers in opposition to the motion or a letter indicating that it does not oppose the motion to amend by May 19, 2006. The plaintiff may submit a reply, if necessary, by May 26, 2006. The defendant may respond to the motion for class certification two weeks following the conclusion of the arbitration if the case has not been resolved. The plaintiff shall notify the undersigned once the arbitration has concluded.

Dated: Central Islip, New York                    **SO ORDERED:**
        May 10, 2006

                                                           _____/s/_____
                                                             ARLENE R. LINDSAY
                                                             United States Magistrate Judge